**Alvin BROOKS, et al., Appellants,**

v.

**Roger PONDER, et al., Respondents.**

**No. WD 33561.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 5, 1982.

John Ashcroft-Atty. Gen., Sara Rittman-Asst. Atty. Gen., Jefferson City, for appellants.

Joseph A. Derque, III, Jefferson City, for respondents.

Before KENNEDY, P.J., and WASSERSTROM, and MANFORD, JJ.

PER CURIAM:

ORDER

This is an appeal from judgment of dismissal of a Petition for Order to Enforce Administrative Subpoena.

Judgment affirmed, Rule 84.16(b).